**Electronically Filed**
**Supreme Court**
**SCWC-30161**
**06-JUL-2012**
**02:09 PM**

SCWC-30161

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I ,
Petitioner/Plaintiff-Appellee,

vs.

PAMELA L. TAYLOR,
Respondent/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30161; CR. NO.08-1-0331)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna JJ.,
and Circuit Judge Garibaldi, assigned by reason of vacancy)

Petitioner/Plaintiff-Appellee State of Hawai'i's application for writ of certiorari filed on May 29, 2012, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, July 6, 2012.

Kimberly Tsumoto Guidry,
Deputy Attorney General
for petitioner

Phyllis J. Hironaka,
Deputy Public Defender
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Colette Y. Garibaldi

